1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:  415/674-8600
4  Facsimile.  415/674-9900

5  Attorneys for
   Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | CASE NO. CV-09-5183-BZ |
| Plaintiff, | STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |
| v. | |
| LITTLE BANGKOK a.k a., BASIM N. DUDUM and JEANETTE B. DUDUM, Trustees of the DUDUM FAMILY TRUST, | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: April 20, 2010                    THOMAS E. FRANKOVICH,
8                                           A PROFESSIONAL LAW CORPORATION

10                                          By: _____/S/_____
                                            Thomas E. Frankovich
11                                          Attorneys for Plaintiffs PATRICK CONNALLY
                                            and DISABILITY RIGHTS ENFORCEMENT,
12                                          EDUCATION SERVICES

14  Dated: 4/20/2010                        DANFOURA LAW OFFICES

16                                          By: _____
17                                          Samer Danfoura
                                            Attorney for Defendants BASIM N. DUDUM and
18                                          JEANETTE B. DUDUM, Trustees of the DUDUM
                                            FAMILY TRUST,

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction [for 1 year] for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

27  DATED: 26 Apr, 2010                     _____
                                            Magistrate Judge Bernard Zimmerman
                                            United States District Judge